# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  STEVEN KLEPCZYNSKI        :        CHAPTER 13
                                :
**Debtor**                           :        NO. 22-10499

## ORDER

AND NOW, this 15th day of March, 2022, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **March 30, 2022** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**