United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Steven Klepczynski, Debtor

Case No. 22-10499-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1
Date Rcvd: Mar 15, 2022     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Steven Klepczynski, 6500 Hasbrook Avenue, Philadelphia, PA 19111-5210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 17, 2022     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Steven Klepczynski support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  STEVEN KLEPCZYNSKI          :          CHAPTER 13
                                    :
     **Debtor**                     :          NO. 22-10499

## ORDER

AND NOW, this  15th  day of  March  , 2022, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **March 30, 2022** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**