UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: STEVEN KLEPCZYNSKI : CHAPTER 13
:
Debtor(s) : CASE NO. 22-10499

## WITHDRAWAL AND ENTRY OF APPEARANCE FOR DEBTOR

To the Clerk:

Please note my WITHDRAWAL as counsel for Debtor, Steven Klepczynski.

April 5, 2022                                     YOUNG, MARR, MALLIS & DEANE

/s/ Cameron Deane
Cameron Deane, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297
Fax 215-639-1344
support@ymalaw.com


To the Clerk:

Kindly enter my APPEARANCE as counsel for Debtor, Steven Klepczynski.

April 5, 2022                                     YOUNG, MARR, MALLIS & DEANE

/s/ Paul H. Young
Paul H. Young, Esquire
3554 Hulmeville Road, Suite 102
Bensalem PA  19020
215-639-5297
Fax 215-639-1344
support@ymalaw.com