

**CITY OF PHILADELPHIA**

# Payslip
### Earnings and Deductions

Page 1

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2022/02/20 |
| Date Payable | 2022/02/25 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| **Gross Current Earnings** | | **3,428.33** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 416.87 | 1,681.12 |
| Medicare | 49.71 | 199.74 |
| PA State Tax | 105.25 | 422.90 |
| Philadelphia | 131.64 | 528.94 |
| PA Unemployment | 2.06 | 8.27 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 800.00 |
| Plan B | 234.50 | 938.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,428.33 | 13,775.32 |
| Net Earnings | 2,252.08 | 8,964.27 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Canada Life Ins | 0.00 | 20.40 |
| Union Dues | 32.82 | 131.28 |
| Police Bene Assoc | 3.40 | 13.60 |
| Add Life Ins | 0.00 | 4.80 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 938.00 | 67,927.77 |



**CITY OF PHILADELPHIA**

### Payslip
### Earnings and Deductions

Page 1

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2022/02/06 |
| Date Payable | 2022/02/11 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Legal Aid | 0.00 | 31.00 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| **Gross Current Earnings** | | **3,459.33** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 423.69 | 1,264.25 |
| Medicare | 50.16 | 150.03 |
| PA State Tax | 106.20 | 317.65 |
| PA Unemployment | 2.08 | 6.21 |
| Philadelphia | 132.83 | 397.30 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 600.00 |
| Plan B | 234.50 | 703.50 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,459.33 | 10,346.99 |
| Net Earnings | 2,230.05 | 6,712.19 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 32.82 | 98.46 |
| Add Life Ins | 2.40 | 4.80 |
| Police Bene Assoc | 3.40 | 10.20 |
| Canada Life Ins | 10.20 | 20.40 |

| Accruals | | Net Entitlement |
|---|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 703.50 | 67,693.27 |



**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Steven Kiepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2022/01/23 |
| Date Payable | 2022/01/28 |
| Payment Method | Direct Deposit |

### Current Earnings

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| **Gross Current Earnings** | | **3,428.33** |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 416.87 | 840.56 |
| Medicare | 49.71 | 99.87 |
| PA State Tax | 105.25 | 211.45 |
| PA Unemployment | 2.05 | 4.13 |
| Philadelphia | 131.64 | 264.47 |

### Retro Earnings

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

### Pre Tax Deductions

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 400.00 |
| Plan B | 234.50 | 469.00 |

### Total Earnings

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,428.33 | 6,887.66 |
| Net Earnings | 2,252.09 | 4,482.14 |

### Post Tax Deductions

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Police Bene Assoc | 3.40 | 6.80 |
| Union Dues | 32.82 | 65.64 |
| Add Life Ins | 0.00 | 2.40 |
| Canada Life Ins | 0.00 | 10.20 |

### Accruals — Net Entitlement

The Accrual Balances have been removed because they are not aligned with the Police Departments Internal tracking system (DARS). Please refer to the DARS for current leave balances.

### Pension Plan

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 469.00 | 67,458.77 |





**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

Page 1

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2022/01/09 |
| Date Payable | 2022/01/14 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Legal Aid | 0.00 | 31.00 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| Gross Current Earnings | | 3,459.33 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 423.69 | 423.69 |
| Medicare | 50.16 | 50.16 |
| PA State Tax | 106.20 | 106.20 |
| Philadelphia | 132.83 | 132.83 |
| PA Unemployment | 2.08 | 2.08 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | 0.00 |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 200.00 |
| Plan B | 234.50 | 234.50 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,459.33 | 3,459.33 |
| Net Earnings | 2,230.05 | 2,230.05 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add Life Ins | 2.40 | 2.40 |
| Police Bene Assoc | 3.40 | 3.40 |
| Canada Life Ins | 10.20 | 10.20 |
| Union Dues | 32.82 | 32.82 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 234.50 | 67,224.27 |