

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

Page 1

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

Employee Number: 248538
Department: PPD Police
Location: PPD 0500
Payperiod Ending: 2022/03/06
Date Payable: 2022/03/11
Payment Method: Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Legal Aid | 0.00 | 31.00 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| **Gross Current Earnings** | | **3,459.33** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 423.69 | 2,104.81 |
| Medicare | 50.16 | 249.90 |
| PA State Tax | 106.20 | 529.10 |
| Philadelphia | 132.83 | 661.77 |
| PA Unemployment | 2.07 | 10.34 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 1,000.00 |
| Plan B | 234.50 | 1,172.50 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,459.33 | 17,234.65 |
| Net Earnings | 2,230.06 | 11,548.32 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add Life Ins | 2.40 | 7.20 |
| Police Bene Assoc | 3.40 | 17.00 |
| Canada Life Ins | 10.20 | 30.60 |
| Union Dues | 32.82 | 164.10 |

| Accruals | | Nett Entitlement |
|---|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 1,172.50 | 68,162.27 |

 

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2021/12/26 |
| Date Payable | 2021/12/31 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| **Gross Current Earnings** | | **3,428.33** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 425.32 | 9,763.69 |
| Medicare | 49.71 | 1,074.43 |
| PA State Tax | 105.25 | 2,274.81 |
| Philadelphia | 131.64 | 3,701.29 |
| PA Unemployment | 2.05 | 46.46 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 4,250.00 |
| Plan B | 234.50 | 6,013.58 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,428.33 | 96,062.85 |
| Net Earnings | 2,243.63 | 67,504.27 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add Life Ins | 0.00 | 28.80 |
| Union Dues | 32.82 | 836.72 |
| Police Bene Assoc | 3.40 | 88.40 |
| Canada Life Ins | 0.00 | 122.40 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 6,013.58 | 66,989.77 |




**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2021/12/12 |
| Date Payable | 2021/12/17 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 169.46 |
| Assume Time | 80.00 | 3,074.40 |
| Stress Pay | 0.00 | 184.47 |
| **Gross Current Earnings** | | **3,428.33** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 425.32 | 9,338.37 |
| Medicare | 49.71 | 1,024.72 |
| PA State Tax | 105.25 | 2,169.56 |
| Philadelphia | 131.64 | 3,569.65 |
| PA Unemployment | 2.05 | 44.45 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | **0.00** |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 200.00 | 4,050.00 |
| Plan B | 234.50 | 5,779.08 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,428.33 | 92,634.52 |
| Net Earnings | 2,243.64 | 65,260.64 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add'l Life Ins | 0.00 | 28.80 |
| Union Dues | 32.82 | 803.90 |
| Police Bene Assoc | 3.40 | 85.00 |
| Canada Life Ins | 0.00 | 122.40 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 5,779.08 | 66,755.27 |




**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Steven Klepczynski
6500 Hasbrook Ave
Philadelphia, PA 19111
US

| | |
|---|---|
| Employee Number | 248538 |
| Department | PPD Police |
| Location | PPD 0500 |
| Payperiod Ending | 2021/11/28 |
| Date Payable | 2021/12/03 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Longevity Pay | 0.00 | 182.17 | Federal Tax | 488.70 | 8,913.05 |
| Meal Allowance | 0.00 | 7.00 | Medicare | 53.89 | 975.01 |
| Legal Aid | 0.00 | 31.00 | PA State Tax | 114.10 | 2,054.31 |
| Overtime 1_5 NP | 4.00 | 230.58 | PA Unemployment | 2.23 | 42.35 |
| Assume Time | 80.00 | 3,074.40 | Philadelphia | 142.70 | 3,438.01 |
| Stress Pay | 0.00 | 198.30 | | | |
| **Gross Current Earnings** | | **3,723.45** | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Def Comp Flat | 200.00 | 3,850.00 |
| | | | Plan B | 234.50 | 5,544.58 |
| **Gross Retro Earnings** | | **0.00** | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 3,716.45 | 89,206.19 | Canada Life Ins | 10.20 | 122.40 |
| Net Earnings | 2,407.51 | 63,017.00 | Police Bene Assoc | 3.40 | 81.60 |
| | | | Union Dues | 32.82 | 771.08 |
| | | | Add Life Ins | 2.40 | 28.80 |

| Accruals | | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|---|
| | | | Plan B | 5,544.58 | 66,520.77 |

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.