# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-10499-ELF

STEVEN KLEPCZYNSKI

6500 HASBROOK AVENUE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STEVEN KLEPCZYNSKI

    6500 HASBROOK AVENUE

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 5/25/2022

                                          /S/ Kenneth E. West
                                          _____
                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee