United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10499-elf |
| Steven Klepczynski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 07, 2022 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven Klepczynski, 6500 Hasbrook Avenue, Philadelphia, PA 19111-5210 |
| 14675732 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14675523 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14695439 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14672785 | + | Email/Text: bankruptcy@rentacenter.com | Sep 07 2022 23:53:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14675165 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 00:00:12 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14682893 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 00:00:27 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14674585 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2022 00:00:20 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14672786 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 23:53:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14684679 | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14672788 | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14676191 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2022 00:00:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 00:00:19 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14672789 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 07 2022 23:53:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14672790 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 08 2022 00:00:20 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14673975 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 00:00:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675523 | | ^ MEBN | | |

Case 22-10499-elf   Doc 38   Filed 09/09/22   Entered 09/10/22 00:35:05   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: 155 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 07 2022 23:48:52 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685018 | + | Email/Text: blegal@phfa.org | Sep 07 2022 23:53:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14686884 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 00:00:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672791 | + | Email/Text: bkdepartment@rtresolutions.com | Sep 07 2022 23:53:00 | Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14683059 | | Email/Text: bkdepartment@rtresolutions.com | Sep 07 2022 23:53:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14672792 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 07 2022 23:53:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14672793 | + | Email/Text: blegal@phfa.org | Sep 07 2022 23:53:00 | U.S. Bank N.A., c/o PHFA, 211 N. Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2022                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Steven Klepczynski support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Sep 07, 2022     Form ID: 155     Total Noticed: 22
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Steven Klepczynski
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−10499−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this September 6, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Eric L. Frank
                                                          Judge ,
                                                          United States Bankruptcy Court

                                                                                      37 − 16
                                                                                     Form 155