United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10499-elf |
| Steven Klepczynski | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven Klepczynski, 6500 Hasbrook Avenue, Philadelphia, PA 19111-5210 |
| 14675732 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14695439 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2023 00:38:59 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14672785 | + | Email/Text: bankruptcy@rentacenter.com | Mar 01 2023 00:34:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 14675165 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2023 00:39:06 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14682893 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2023 00:39:02 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14674585 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2023 00:39:06 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14672786 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2023 00:34:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14672788 | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14684679 | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14676191 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2023 00:39:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2023 00:38:59 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 22-10499-pmm   Doc 49   Filed 03/02/23   Entered 03/03/23 00:37:25   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14672789 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 01 2023 00:34:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14672790 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2023 00:39:03 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14673975 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 00:38:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14675523 | ^ | MEBN | Mar 01 2023 00:29:31 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685018 | + | Email/Text: blegal@phfa.org | Mar 01 2023 00:34:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14686884 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 00:39:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14672791 | + | Email/Text: bkdepartment@rtresolutions.com | Mar 01 2023 00:34:00 | Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 14683059 | | Email/Text: bkdepartment@rtresolutions.com | Mar 01 2023 00:34:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14672792 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2023 00:34:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14672793 | + | Email/Text: blegal@phfa.org | Mar 01 2023 00:34:00 | U.S. Bank N.A., c/o PHFA, 211 N. Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: pdf900 | Total Noticed: 25 |

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

PAUL H. YOUNG
    on behalf of Debtor Steven Klepczynski support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
STEVEN KLEPCZYNSKI

Chapter 13

Debtor

Bankruptcy No. 22-10499-ELF

# ORDER

**AND NOW**, this __28th__ day of __February__, 202__3__, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
PAUL H YOUNG, ESQ  
3554 HULMEVILLE RD  
SUITE 102  
BENSALEM, PA 19020-

Debtor:  
STEVEN KLEPCZYNSKI

6500 HASBROOK AVENUE

PHILADELPHIA, PA 19111